

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Christopher Earl Keeton, Appellant

No. 06-17-00015-CR       v.

The State of Texas, Appellee

Appeal from the 278th District Court of Leon County, Texas (Tr. Ct. No. CM-13-00242). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the statute for the offense is Section 22.011(a)(1)(B)(i) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Christopher Earl Keeton, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 16, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk